JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN KISER, | CASE NO. CV11-02260 RGK (AGRx) |
| Plaintiff, | |
| vs. | Judge: R. Gary Klausner<br>Courtroom: 850 |
| AETNA LIFE INSURANCE COMPANY; MARRIOTT SALARIED SHORT-TERM DISABILITY (SSTD) PLAN; MARRIOTT LONG-TERM DISABILITY (LTD) PLAN, | Complaint filed: March 16, 2011<br>Trial Date: April 10, 2012<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | |

Pursuant to the stipulation by and between the parties, the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 12, 2012    _____
                        The Honorable R. Gary Klausner
                        United States District Court