JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREN KISER, | ) CASE NO. CV11-02260 RGK (AGRx) |
| Plaintiff, | ) |
| | ) Judge: R. Gary Klausner |
| vs. | ) Courtroom: 850 |
| | ) |
| AETNA LIFE INSURANCE COMPANY; MARRIOTT SALARIED SHORT-TERM DISABILITY (SSTD) PLAN; MARRIOTT LONG-TERM DISABILITY (LTD) PLAN, | ) Complaint filed: March 16, 2011 |
| | ) Trial Date: April 10, 2012 |
| | ) |
| | ) **[PROPOSED] ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE** |
| Defendants. | ) |

Pursuant to the stipulation by and between the parties, the above-entitled action is dismissed with prejudice, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

Dated: March 12, 2012     _____
                                          The Honorable R. Gary Klausner
                                          United States District Court

AETNA/1069075/11493607v.1

1